IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:19-CR-318** |
| : | |
| v. : | (Judge Conner) |
| : | |
| **RUKAIYAH TREADWELL,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 26th day of February, 2021, upon consideration of defendant Rukaiyah Treadwell's motion (Doc. 90) to dismiss the indictment, as well as her motion (Doc. 88) for a bill of particulars, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motions (Docs. 88, 90) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania